# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA ESTERCES,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHERN MONO HEALTHCARE DISTRICT DBA MAMMOTH HOSPITAL; AND DOES 1 THROUGH 10,<br><br>Defendants. | CASE NO.: 2:18-cv-01121-TLN-KJN<br><br>**ORDER ON STIPULATION TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO COMPLAINT**<br><br>District Judge:   Hon. Troy L. Nunley<br>Magistrate Judge:   Hon. Kendall J. Newman<br><br>Action Filed: May 4, 2018<br>Trial Date:   None Set |

Pending before the Court is the Stipulation to Extend Deadline for Defendant to Respond to the Complaint, filed by Plaintiff Debra Esterces and Defendant Southern Mono Healthcare District ("SMHD"). Upon review of the stipulation, the Court finds good cause for the extension requested.

Defendant shall have until July 9, 2018 to respond to Plaintiff's Complaint.

**IT IS SO ORDERED.**

Dated: June 25, 2018

_____
Troy L. Nunley
United States District Judge