UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA ESTERCES,<br><br>　　Plaintiff,<br><br>　v.<br><br>SOUTHERN MONO HEALTHCARE DISTRICT DBA MAMMOTH HOSPITAL; AND DOES 1 THROUGH 10,<br><br>　　Defendants. | CASE NO.: 2:18-cv-01121-TLN-KJN<br><br>**ORDER ON STIPULATION TO EXTEND FACT DISCOVERY CUTOFF**<br><br>District Judge:　Hon. Troy L. Nunley<br>Magistrate Judge:　Hon. Kendall J. Newman<br><br>Action Filed: May 4, 2018<br>Trial Date:　None Set |

Pending before the Court is the Stipulation to Extend the Fact Discovery Cutoff, filed by Plaintiff Debra Esterces and Defendant Southern Mono Healthcare District ("SMHD"). Upon review of the stipulation, the Court finds good cause for the extension requested.

The parties shall have until April 17, 2019 to complete all discovery, with the exception of expert discovery.

**IT IS SO ORDERED.**

**Dated: February 4, 2019**

_____
Troy L. Nunley
United States District Judge