1

2

3

4

5

6

7

8
UNITED STATES DISTRICT COURT

9
EASTERN DISTRICT OF CALIFORNIA

10
DEBRA ESTERCES,                          CASE NO.: 2:18-cv-01121-TLN-KJN

11
            Plaintiff,

12
      v.                                 **ORDER ON STIPULATION TO EXTEND EXPERT DISCLOSURE DEADLINES**

13
SOUTHERN MONO
HEALTHCARE DISTRICT DBA                  District Judge:     Hon. Troy L. Nunley

14
MAMMOTH HOSPITAL; AND                    Magistrate Judge:   Hon. Kendall J. Newman
DOES 1 THROUGH 10,

15
            Defendants.                   Action Filed:  May 4, 2018
                                          Trial Date:    None Set

16

17

18
      Pending before the Court is the Stipulation to Extend Expert Disclosure

19
Deadlines, filed by Plaintiff Debra Esterces and Defendant Southern Mono

20
Healthcare District ("SMHD").   Upon review of the stipulation, the Court finds

21
good cause for the extension requested.

22
      The following deadlines in the Court's scheduling order shall be modified:

23
      • Expert Disclosure Deadline – June 14, 2019 to **August 7, 2019**.

24
      • Rebuttal Expert Disclosure Deadline – July 12, 2019 to **September 6,**

25
        **2019**.

26
///

27
///

28
///

The remaining deadlines, including the October 14, 2019 deadline to file dispositive motions, shall remain unchanged.

**IT IS SO ORDERED.**

Dated: May 20, 2019

_____
Troy L. Nunley
United States District Court Judge