UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA ESTERCES, | No. 2:18-cv-01121-TLN-KJN |
| Plaintiff, | |
| v. | ORDER |
| SOUTHERN MONO HEALTHCARE DISTRICT DBA MAMMOTH HOSPITAL, | |
| Defendant. | |

An informal telephonic conference was held on May 20, 2019, at 3:00 p.m., before the undersigned. Appearing telephonically were Torin Dorros on behalf of plaintiff and William Keith on behalf of defendant. After considering the parties' representations and oral arguments during the conference, the court finds as follows.

IT IS HEREBY ORDERED that by 4:00 p.m., on May 28, 2019, plaintiff shall provide defendant with amended responses to interrogatories that include a sufficiently detailed statement of the damages plaintiff seeks in this case.

IT IS SO ORDERED.

Dated: May 21, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE