UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA ESTERCES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SOUTHERN MONO HEALTHCARE DISTRICT DBA MAMMOTH HOSPITAL; AND DOES 1 THROUGH 10,<br><br>　　　　Defendants. | CASE NO.: 2:18-cv-01121-TLN-KJN<br><br>**ORDER CONTINUING JULY 18, 2019 HEARING ON DEFENDANT'S MOTION TO COMPEL**<br><br>District Judge:　Hon. Troy L. Nunley<br>Magistrate Judge:　Hon. Kendall J. Newman<br><br>Action Filed: May 4, 2018<br>Trial Date:　None Set |

Pending before the Court is the Stipulation to Continue July 18, 2019 Hearing on Defendant Southern Mono Healthcare District's Motion to Compel (Doc. 23). Upon review of the stipulation, the Court finds good cause for the continuance requested.

Defendant's Motion to Compel is hereby **CONTINUED** to August 22, 2019, at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: July 11, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE