UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA ESTERCES,<br><br>  Plaintiff,<br><br>  v.<br><br>SOUTHERN MONO HEALTHCARE DISTRICT DBA MAMMOTH HOSPITAL; AND DOES 1 THROUGH 10,<br><br>  Defendants. | CASE NO.: 2:18-cv-01121-TLN-KJN<br><br>**ORDER ON STIPULATION TO EXTEND DISPOSITIVE MOTION DEADLINE**<br><br>District Judge:   Hon. Troy L. Nunley<br>Magistrate Judge:   Hon. Kendall J. Newman<br><br>Action Filed: May 4, 2018<br>Trial Date:   None Set |

Pending before the Court is the Stipulation to Extend the Dispositive Motion Deadline, filed by Plaintiff Debra Esterces and Defendant Southern Mono Healthcare District. Upon review of the stipulation, the Court finds good cause for the extension requested.

The parties shall have until February 28, 2020 to file dispositive motions.

**IT IS SO ORDERED.**

Dated: January 3, 2020

_____
HON. TROY L. NUNLEY
United States District Court Judge