UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA ESTERCES, <br><br> Plaintiff, <br><br> v. <br><br> SOUTHERN MONO HEALTHCARE, <br><br> Defendant. | No. 2:18-cv-1121-TLN-KJN <br><br> ORDER AFTER INFORMAL TELEPHONIC CONFERENCE <br><br> (ECF No. 44.) |

On January 9, 2020, the parties and Court discussed a number of matters at an informal telephonic discovery request. (ECF No. 42.) As discussed:

I. Defendants have agreed to turn over, by Wednesday, January 15, 2020, certain documents/correspondence related to the California Department of Public Health's investigation (see ECF No. 44 at No. 1);

II. As the discovery deadline has closed, the Court ordered no further discovery. Should Plaintiff wish to pursue discovery related to her expert's inspection of the hospital's records system (Id. at No. 2), a request to District Judge Nunley to reopen discovery would first be required, followed by a formal motion to compel. (See Local Rule 251.)

III. Should Plaintiff wish to pursue the expert–payment issue (ECF No. 44 at No. 3), she may file a formal motion with full briefing. (See Local Rule 251.)

IV. The parties shall contact chamber's courtroom deputy to discuss logistics of a settlement conference, as well as the formal waiving of any conflict for the undersigned to act as settlement judge. (See Local Rules 270 and 240(a)(16).)

SO ORDERED.

Dated: January 10, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE