UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA ESTERCES,<br><br>            Plaintiff,<br><br>      v.<br><br>SOUTHERN MONO HEALTHCARE DISTRICT DBA MAMMOTH HOSPITAL; AND DOES 1 THROUGH 10,<br><br>            Defendants. | CASE NO.: 2:18-cv-01121-TLN-KJN<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ACTION WITH PREJUDICE AND TO RETAIN JURISDICTION**<br><br>District Judge:     Hon. Troy L. Nunley<br>Magistrate Judge:  Hon. Kendall J. Newman<br><br>Action Filed: May 4, 2018<br>Trial Date:    None Set |

Pending before the Court is the Joint Motion to Dismiss this Action with Prejudice and to Retain Jurisdiction filed by Plaintiff Debra Esterces and Defendant Southern Mono Healthcare District ("SMHD") (collectively, the "Parties").

1. Upon review of the joint motion, the Court **GRANTS** the relief requested by the Parties.

2. This action is hereby **DISMISSED WITH PREJUDICE**.

3. All Parties shall bear their own costs and attorneys' fees incurred in the prosecution and defense of this action.

///

///

///

4. The Court hereby incorporates the terms of the Parties' Settlement Agreement in this order of dismissal, and retains jurisdiction over this matter for the purposes of enforcing the dismissal and Settlement Agreement.

**IT IS SO ORDERED.**

DATED: April 29, 2020

_____
Troy L. Nunley
United States District Judge